Taylor W. Tondevold, Esq. (No. 032996)
TONDEVOLD LAW, PLC
4140 E. Baseline Road, Suite 101
Mesa, Arizona 85206
(480) 447-5357
taylor@tondevoldlaw.com
*Attorney for Plaintiff Nathan Dick,
individually and on behalf of himself
and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NATHAN DICK, individually and on behalf of himself and all other similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>VANTAGE RETIREMENT PLANS LLC, an Arizona limited liability company; and DOES 1-20, inclusive.<br><br>   Defendants. | Case No.:  2:18-cv-00730-PHX-HRH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and undersigned counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against Defendant.

\\

\\

DATED: April 6, 2018

        TONDEVOLD LAW, PLC

        /s/ Taylor W. Tondevold
        TAYLOR W. TONDEVOLD
        *Attorney for Plaintiff Nathan Dick,*
        *individually and on behalf of himself and*
        *all others similarly situated*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 2